UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHYBI FINNY,
                              Plaintiff,

                -against-                      24 Civ. 2780 (LGS)

NEW YORK LIQUIDATION BUREAU,          ORDER
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for June 12, 2024;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the June 12, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  It is further

    **ORDERED** that the parties shall resubmit their case management plan and scheduling order with the proper signatures on the last page by **June 4, 2024**.  The case management plan and scheduling order subsequently will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that this case shall not participate in the Southern District of New York's Pilot Discovery Protocols for Counseled Employment Cases.  It is further

    **ORDERED** that, if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, the request for a referral to a settlement conference is **GRANTED**. The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 3, 2024
      New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE